**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHAWN RIGNEY and KYLE ADAMS, individually**
**and on behalf of all others**
**similarly situated,**

      Plaintiff,

v.                                       **CASE NO.: 8:19-cv-1432-T-35JSS**

**TARGET CORPORATION,**

      Defendant.
_____/

**JOINT MOTION TO MOVE FINAL HEARING DATE FROM NOVEMBER 5, 2020**
**UNTIL NOVEMBER 20, 2020, OR SOON THEREAFTER**

Plaintiffs Shawn Rigney and Kyle Adams ("Plaintiffs") and Defendant Target Corporation ("Defendant"), respectfully request the Court enter an Order moving the final fairness hearing on their class action settlement from November 5, 2020, until November 20, 2020, or the soonest date thereafter which is convenient for the Court.

These additional days are needed to ensure the settlement administrator has sufficient turn-around time to mail the large number of notices (92,000), and also to allow the class members sufficient time to respond to the notice.

**WHEREFORE**, the Parties jointly move this Honorable Court for an Order moving the final fairness hearing from November 5, 2020, until November 20, 2020, or the soonest date thereafter which is convenient for the Court.

Respectfully submitted this 1st day of September, 2020.

*/s/Brandon J. Hill*  
**LUIS A. CABASSA**  
Florida Bar Number: 053643  
Direct No.: 813-379-2565  
**BRANDON J. HILL**  
Florida Bar Number: 37061  
Direct No.: 813-337-7992  
**WENZEL FENTON CABASSA, P.A.**  
1110 North Florida Ave., Suite 300  
Tampa, Florida 33602  
Main No.: 813-224-0431  
Facsimile: 813-229-8712  
Email: lcabassa@wfclaw.com  
Email: bhill@wfclaw.com  
Email: gnichols@wfclaw.com  
*Attorneys for Plaintiff*

*/s/ Michael G. Austin*  
**MICHAEL G. AUSTIN (FBN 457205)**  
maustin@mwe.com  
**J. CHRISTIAN NEMETH (FBN 126844)**  
jnemeth@mwe.com  
**JOSEPH WASSERKRUG (FBN 112274)**  
jwasserkrug@mwe.com  
**MCDERMOTT WILL & EMERY LLP**  
333 SE 2nd Avenue, Suite 4500  
Miami, FL 33131-4336  
T: 305.347.6501 | F: 305.675.8403  
*Counsel for Defendant Target Corporation*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this1st day of September, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to all counsel of record.

> */s/Brandon J. Hill*
> **BRANDON J. HILL**